United States Courts
Southern District of Texas
FILED

*June 28, 2023*

Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:23-cr-00277** |
| | § | |
| **MEISHA MONIQUE LIVINGSTON** | § | |

### CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On various dates between May 20, 2019, and October 13, 2021, within the Houston Division of the Southern District of Texas,

**MEISHA MONIQUE LIVINGSTON,**

the defendant herein, being a United States Postal Service employee, did remove and steal U.S. currency and gift cards contained in articles of mail, which came into her possession, were entrusted to her, and were intended to be conveyed by mail and delivered by any carrier of the United States Postal Service.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

**Original Signature on File**

FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

CARRIE WIRSING
Assistant United States Attorney